unanimously affirmed, with costs, on the authority of Dolfini v. Erie Railroad Company, 178 N. Y. 1, 70 N. E. 68.

DOON, Respondent, v. CASTLETON WATER SUPPLY CO., Appellant. (Supreme Court, Appellate Division, First Department. March 24, 1905.) Action by Hugh Doon against the Castleton Water Supply Company. H. W. Wiggins, for appellant. H. A. Heyn, for respondent. No opinion. Judgment and order affirmed, with costs.

DOUGHERTY, Appellant, v. NORTHERN PAC. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by William Dougherty against the Northern Pacific Railway Company. H. Siegrist, Jr., for appellant. F. B. Jennings, for respondent. No opinion. Judgment affirmed, with costs.

DOUGLAS, Respondent, v. MILLER, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. March 1, 1905.) Action by William A. Douglas, as receiver, against Laurentine Y. Miller, impleaded, etc. No opinion. Judgment affirmed, with costs, on opinion in Douglas v. Miller et al. (decision in which is handed down herewith) 92 N. Y. Supp. 514.

DROMS v. NEW YORK CENT. & H. R. R. C. (Supreme Court, Appellate Division, Third Department. March 8, 1905.) Action by Christopher F. Droms against the New York Central & Hudson River Railroad Company. No opinion. Motion to postpone denied.

DROMS, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. March 14, 1905.) Action by Christopher F. Droms against the New York Central & Hudson River Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

DUBUE, Respondent, v. LAZELL, DALLEY & CO., Appellant. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by Stanislas Dubue against Lazell, Dalley & Co. G. H. Fletcher, for appellant. L. E. Warren, for respondent.
PER CURIAM. Judgment and order affirmed, with costs.
VAN BRUNT, P. J., dissents.

DUNNE, Respondent, v. NEW YORK, N. H. & H. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Action by Edward Dunne against the New York, New Haven & Hartford Railroad Company. No opinion. Motion denied.

EAGER v. DRY DOCK, E. B. & B. R. CO. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by Mary J. Eager against the Dry Dock, East Broadway & Battery Railroad Company. No opinion. Motion denied, with $10 costs.

EARLY, Respondent, v. BARD et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 15, 1905.) Action by Daniel J. Early, as trustee, etc., against William H. Bard, Harriet E. Bard, and Frances E. Holdredge. No opinion. Order affirmed, with $10 costs and disbursements.

EASTMAN KODAK CO., Respondent, v. KLEINHANS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 1, 1905.) Action by the Eastman Kodak Company against Jacob Kleinhans and others. No opinion. Judgment affirmed, with costs.

EDWARDS, Respondent, v. WATERMAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Action by Charles E. Edwards against Clara Waterman.
PER CURIAM. Judgment and order affirmed, with costs.
HOOKER, J., not voting.

EICHELLS, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1905.) Action by Anna L. Eichells against the city of New York. No opinion. Judgment and order unanimously affirmed, with costs.

EICHELLS, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1905.) Action by Charles E. Eichells against the city of New York. No opinion. Judgment and order unanimously affirmed, with costs.

ELDRIDGE, Respondent, v. CORNING, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 16, 1905.) Action by George I. Eldridge against Anna Corning.
PER CURIAM. Motion to dismiss appeal granted, with $10 costs, unless the appellant, on or before April 15, 1905, file and serve the printed papers on appeal, as provided by rule 41, and pay respondent's attorneys $10 costs of this motion, in which event said motion is denied; and, in case said printed papers are not served and filed as above provided, upon filing due proof of such default, the respondent may enter an order dismissing said appeal absolutely, with costs, without further notice.

ELECTRICAL EQUIPMENT & INSPECTION CO., Respondent, v. ARCHIBALD, Appellant. (Supreme Court, Appellate Term. February 28, 1905.) Appeal from Municipal Court, Borough of Manhattan, Eleventh District. Action by the Electrical Equipment & Inspection Company against Frank O. Archibald. From a judgment for plaintiff, defendant appeals. Affirmed. Philip Carpenter, for appellant. Goldsmith & Rosenthal, for respondent.
McCALL, J. The judgment should be affirmed. There was a clear contract entered into as between these parties, as proved by the writing signed by the defendant and in possession of plaintiff, and by him offered at the trial; and